CARL M. FALLER  SBN: 70788
FALLER LAW FIRM
Post Office Box 912
Fresno, CA 93714
TEL:   559-226-1534
FAX:  559-412-4746
carl.faller@fallerdefense,com

Attorney for Defendant

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>RAUL MAYA-RAMIREZ,<br><br>　　　　　Defendant. | Case No.: 1:12-cr-00104 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE<br><br>Date: August 20, 2012<br>Time: 10:00 am<br>Honorable Anthony W. Ishii |

It is hereby stipulated by and between the parties hereto, through their respective attorneys of record, as follows:

A status conference in this matter is currently set for August 20, 2012 at 10:00 am. It is stipulated that this hearing be continued until August 27, 2012 at 10:00 am. The reason for the continuance is that defense counsel will be out of the district on the date currently set. It is anticipated that the defendant will enter a guilty plea on the new date.

It is further stipulated that time is to be excluded under the Speedy Trial Act in that the interest in the parties and the public in a speedy trial is outweighed by providing the defendant adequate time to review and evaluate a plea offer that has been made by the government, pursuant to Title 18, United States Code, Section 3161(h)(8)(A).

Dated:  August 15, 2012

　　　　　　　　　　　　　　　　　　　　　　　　/s/  Carl M. Faller_____
　　　　　　　　　　　　　　　　　　　　　　　　CARL M. FALLER
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| 2 | United States Attorney |
| 3 | |
| 4 | By /s/ Mark McKeon |
|   | MARK McKEON |
| 5 | Assistant U.S. Attorney |
|   | Attorney for the United States |

ORDER:

Based upon the stipulation of the parties and good cause appearing, it is hereby ORDERED that the status conference currently set for August 20, 2012 at 10:00 am., is continued to August 27, 2012 at 10:00 am. Further, time excluded under the Speedy Trial Act in that the interest in the parties and the public in a speedy trial is outweighed by providing the defendant adequate opportunity to review and evaluate a plea offer made by the government, pursuant to Title 18, United States Code, Section 3161(h)(8)(A).

IT IS SO ORDERED.

Dated: __August 17, 2012__            _____
                                                                CHIEF UNITED STATES DISTRICT JUDGE